# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　-vs-<br><br>KATRINA MICHAEL RUELAS,<br><br>　　　　　　Defendant. | No.　2:10-CR-0103-WFN-1<br><br>ORDER TERMINATING PROBATION |

Pending before the Court is Defendant's Motion for Early Termination of Probation. ECF No. 58. Neither Probation Officer Anne Sauther nor the Government oppose Defendant's Motion. Defendant has been compliant with her terms of Probation. The Court has reviewed the file and Defendant's Motions and is fully informed. Accordingly,

　　**IT IS ORDERED** that:

　　1. Defendant's Unopposed Motion for Early Termination of Probation, filed March 14, 2014, **ECF No. 58**, is **GRANTED**.

　　2. Defendant's term of probation shall be **TERMINATED**.

　　The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Anne Sauther.

　　**DATED** this 31st day of March, 2014.

03-26-14

　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER